AO 240. (Rev. 9/90)

# UNITED STATES DISTRICT COURT

### District of _____

|  |  |
|---|---|
| Plaintiff Christopher Devine | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT** |
| V. |  |
|  | CASE NUMBER: CA 04 12156 NG |
| Defendant 3rd shop |  |

I, _Christopher Devine_____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☐ Yes          ☑ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Never incarcerated – Have No Criminal Record___

    Are you employed at the institution? _N/C_    Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☑ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4.  Do you have any cash or checking or savings accounts?    ☑ Yes        ☐ No

    If "Yes," state the total amount. $3 000.00

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?        ☑ Yes        ☐ No

    If "Yes," describe the property and state its value.
    Car $1000.00

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support. No one at ~~present~~ time.

I declare under penalty of perjury that the above information is true and correct.

Nov 9, 04
_____
Date

Christopher M. Devine
_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



United States district Cou
1
Court house way Boston r

Christopher Devine
         Vs
Stop   and   Shop

Civil action # CA 04-12-186

The plaintiff Christopher Devine is a resident of Mansfield ma born in Norwood MA on 11-3-80 and is a citizen of the United States.

The defendant is Stop and Shop and is a resident of New England located store #7 Mansfield MA store.

This court has jurisdiction over the matter pursuant to 28 U.S...C. S1332

The facts of the matter are in quick summary,

In September through November, I Christopher Devine asked for a temporary accommodation to my manager at stop and shop in the bake shop. Not only did I tell my manager after the accommodation was not granted other managers were told of my medical condition because I told them and other managers were switched around towards November and December the accommodations were not continued. All were aware of the medical condition and the need for an accommodation including the manger in the bake shop.

Please look at disciplinary reports and other information that I have already given the court as well as my information on facts and all the paper work from the Massachusetts Commission against discrimination. I have already visited the court in South Boston. If the court would like to request a lawyer for me from the court that would be great, other wise I will still be seeking for one. I also have the option to confront the matter in front a judge.

The relief that I am seeking is about $40,000,000 or more in damages for the mistakes that others have caused. The facts remain, I asked for the accommodation it was never received and the investigation from the commission was not carefully investigated from the paper work and by interviewing people and making phone calls. Look at all paper work please. Please look at summons paper that I have given you.

The plaintiff wants a ruling by the judge and if not satisfied then a trial by the jury will be requested.
Stop and shop can settle this matter at any time if they choose not to pursue this matter in court.
All paper work stands.
Already filled out **Application to proceed without payment of fees and affidavit.**
Filled out twice.
Again, thank you cant wait to see a judge.

x *Christopher Devine*
*Nov 9, 04*