UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER M. DEVINE,                )
            Plaintiff,                )
                                      )
            v.                        )C.A. No. 04-12186-NG
                                      )
STOP AND SHOP COMPANIES,              )
            Defendant.                )

ORDER OF DISMISSAL

On October 21, 2004 this Court issued a Memorandum and
Order requiring the Plaintiff Christopher Devine to (1) pay
the filing fee for this action or seek a waiver of it; and
(2) demonstrate good cause why this action should not be
dismissed without prejudice, for the reasons stated therein.

On November 9, 2004, Plaintiff submitted a completed
Application to Proceed Without Prepayment of Fees,
demonstrating he is without sufficient funds to pay the $150
filing fee, and his Application is granted.

In addition to his *in forma pauperis* Application in his
response to the October 21, 2004 Memorandum and Order,
Plaintiff submitted a one page letter summarizing his
allegations, and seeking $40 million dollars in damages
concerning his employment with the Defendant, and indicating
he previously filed "all the paper work from the
Massachusetts Commission against Discrimination."

A review of the file indicates that Plaintiff did

include copies of a March 20, 2003 order from the

Massachusetts Commission Against Discrimination ("MCAD")

denying his claims and a November 20, 2003 notice affirming

the dismissal on appeal.  However, that documentation does

not indicate whether the Equal Employment Opportunity

Commission (the "EEOC") has completed its review of his

Americans with Disabilities Act ("ADA") claims and whether

it has issued a "right to sue" letter.


## CONCLUSION

Accordingly, for the reasons previously set forth in

the October 21, 2004 Memorandum and Order, and for

Plaintiff's failure to show cause, it is hereby Ordered

that:

1.  Plaintiff's Application to Proceed Without

Prepayment of Fees is granted;

2.  The above entitled action is hereby ordered

Dismissed in its entirety.  This dismissal is without

prejudice.


SO ORDERED.

Dated at Boston, Massachusetts, this 1st day of December, 2004.

/s/ Nancy Gertner
NANCY GERTNER

2

UNITED STATES DISTRICT JUDGE