Christopher Devine                                    March 15, 05

United States district court.
This letter is to reopen Case # 04 12.186 - NG
Judge Nancy Garner — Pro intake Clerk Susan Jenness

First I was noticed of a dismissal from the (MCAD)
the dissimal was dated — NOV 20, 2003 not march 2003
I would process the application again to reopen the case
now that I have my right to sue letter from the (EEOC)
under the statude, I had less than a year to file this
Complaint at court. I was in the time frame
of Nov 03 to Nov 04 to accomidate this case
The EEOC Never gave a letter to the (MCAD) of a right
to sue letter and I never recieved a letter from them.

When I had a post office box the postal service
closed out my box to early and I never recieved
my right to sue letter. it was UNABLE to forward
Send back to sender. A copy of the postage of mailing
is attatched. Please again Accomidate this complaint
since its passed the 90 days

I think a NEW judge might be needed

This is being brought forward under Title 7 and ADA
I seeking a lawyer at this time. Please write back both ways
39 Boylston St Boston MA 02116. (chris Devine)

                                        I can represent myself
                                        As well.

chrdevine@yahoo.com

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Stamped - Recorded
Feb 18 2004

## DISMISSAL AND NOTICE OF RIGHTS

To: Christopher Devine
P.O. Box 185
Mansfield, MA 02048

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2001-01792 | Anne Giantonio, Intake Supervisor | (617) 565-3189 |

FEB 18

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosure(s)

Robert L. Sanders,
Director

(Date Mailed)
Jan 30 2004

cc: Chief Executive Officer
Stop & Shop, Inc.
Attn: Human Resources Department
Chauncey Street
Mansfield, MA. 02048

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
BOSTON AREA OFFICE
JOHN F. KENNEDY FEDERAL OFFICE BUILDING
GOVERNMENT CENTER, ROOM 475
BOSTON, MA 02203

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

DEVI185    0204839000  1204  12 02/12/04
RETURN TO SENDER
DEVINE, CHRISTOPHER
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER

Feb 18 2004