United States District
Judge Nancy Gertner and
Pro Se Intake Clerk
Susan Janusse

04-12186-NG

April 2, 2005

Please take into consideration this investigation case recently from the MCAD - Massachusetts Commission against discrimination.

I would Like for you to evaluate this case and Breakdown some of the wording For You, to Investigate the mistakes from the Previous Investigation from the MCAD - Stop and Shop.

This would be in my favor I believe and that Common Sense is the Key to a conclusion of any case

My Perspective on this is that I have a good shot even though I Resigned Not Quit Not Fired. We will evaluate the cause of Resignation. My Resignation is a Forced to Quit by the employer without being told to quit by the employer.

Thank you

April 2, 2005

Chris Devine