**United States District Court**
**District of Massachusetts**

Christopher M Devine

    Vs                                                      Civil Action # 04-12186-NG

Stop and Shop Companies Inc

Date December 09, 2005

**Joint statement local rule 16.1**

Under **Proposed discovery plan #1,** Mr. Devine agrees on the deadline dates. Although it states in the deadline for July 28, 2006, Mr. Devine denies an independent medical examination.

The only medical information needed for medical documentation will be during the time of Mr. Devine's employment. Mr. Devine will provide any medical documentation that is needed during court proceedings.

Under **trial by a magistrate judge #4** at the present time Mr. Devine denies trial by a magistrate judge. A magistrate judge has limited judicial and executive powers and Mr. Devine believes that a magistrate judge has little knowledge about the HIV virus that limits his decision on the case.

**Settlement proposal #4**
Mr. Devine sets a demand of 40,000,000 million dollars as of local rule 16.1 and as mentioned in the complaint in the relief. Discussion at this time is not met.

Mr. Devine agrees to the deadline to the rest of the **Joint statement**.

                                                                                 Plaintiff

                                                                    Christopher Devine

*/s/ Christopher M Devine*