UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. DEVINE )<br>       Plaintiff      ) <br>                           )<br>v.                       )<br>                           )<br>STOP AND SHOP COMPANIES, )<br>       Defendant     )<br>                           ) | C. A. No. 04-12186-NG |

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, as amended, the Defendant, The Stop & Shop Supermarket Company LLC ("Stop & Shop"), states as follows:

Stop & Shop's parent corporation is Ahold U.S.A. Holdings, Inc. ("Ahold USA Holdings"). Other than Ahold USA Holdings, no other company owns ten percent or more of Stop & Shop's stock.

Ahold USA Holding's parent corporation is Royal Ahold N.V. Other than Royal Ahold N.V., no other publicly held company owns ten percent or more of Ahold USA Holding's stock.

Royal Ahold N.V. has no parent corporation, and no publicly held company owns ten percent or more of Royal Ahold N.V.'s stock.

                                              Respectfully submitted,

                                              DEFENDANT,
                                              THE STOP & SHOP SUPERMARKET
                                              COMPANY LLC,

                                              By its attorneys,

                                              /s/ Daniel B. Klein_____
                                              Daniel B. Klein
                                              SEYFARTH SHAW LLP
                                              Two Seaport Lane, Suite 300
                                              Boston, MA 02210
                                              617-946-4800

|  |  |
|---|---|
|  | James E. Venable, Jr. |
|  | The Stop & Shop Supermarket |
|  |   Company LLC |
|  | 1385 Hancock Street |
|  | Quincy, MA 02169 |
| Dated:  February 1, 2006 | (617) 770-6015 |

### CERTIFICATE OF SERVICE

    I, Daniel B. Klein, hereby certify that on this 1st day of February, 2006, a true copy of the foregoing document was served by first-class mail upon the Plaintiff, Christopher M. Devine, 6 Morgan Road, Mansfield, MA 02048.

                                                          _/s/  Daniel B. Klein_____
                                                          Daniel B. Klein

BO1 15760527.1