UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER M. DEVINE<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>) | C. A. No. 04-12186-NG |
| STOP AND SHOP COMPANIES,<br>Defendant | )<br>)<br>)<br>) | |

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendant, The Stop and Shop Supermarket Company LLC, and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEFENDANT
THE STOP AND SHOP SUPERMARKET COMPANY LLC

By _____        2/1/06
James Venable                             DATE
Director of Employment & Regulatory Law

By _____        2/1/06
Daniel B. Klein                           DATE
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 1st day of February, 2006, a true copy of the foregoing document was served by first-class mail upon the Plaintiff, Christopher M. Devine, 6 Morgan Road, Mansfield, MA 02048.

/s/ Daniel B. Klein
Daniel B. Klein

BO1 15760532.1