United States District Court
District of Massachusetts

Christopher M Devine
    Vs
Stop and shop companies

FILED
CLERKS OFFICE
Civil action # 04 12186-NG

2006 AUG -1  P 1: 35

Motion to upgrade demand of suit
DISTRICT OF MASS

Mr. Devine filed his complaint in federal court and asks the court to change amount of demand.

Mr. Devine set a demand of forty million dollars 40,000,000 in federal court and asks the court to change demand amount to three hundred million dollars. 300,000,000.

Reason, Mr. Klien ESQ defendant of stop and shop is in possession of all mental health records of Mr.Devine and possibly will be using these records for his purposes.
These records will be evaluated in the court to determine Mr. Devine's emotional distress damages.

Mr.klien is in possession of all HIV related information and will be using these records for his purposes

Please change demand amount of the suit

Thank you

Christopher M Devine

*[signature: Christopher Devine]*

July 29, 2006