

**SEYFARTH SHAW** LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4840

Writer's e-mail
dklein@seyfarth.com

October 5, 2006

**BY FACSIMILE (617) 748-9096 AND REGULAR MAIL**

Maryellen Molloy
Courtroom Clerk for the Honorable Nancy Gertner
United States District Court
 For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    <u>Christopher Devine v. Stop & Shop Supermarket Company LLC</u>,
              Civil Action No. 04-12186-NG

Dear Ms. Molloy:

    As I mentioned in my voice-messages to you, the Defendant in the above-referenced action, Stop & Shop Supermarket Company LLC, hereby respectfully requests that the Court schedule a status conference within the next week to ten days to discuss the possibility of a Court-facilitated mediation with Mr. Devine, a *pro se* plaintiff. Time is of the essence because of the October 30, 2006 deadline for filing dispositive motions.

    Thank you for your consideration and attention to this matter.

                      Very truly yours,

                      SEYFARTH SHAW LLP

                      Daniel B. Klein

DBK:kh

cc: Christopher Devine

BO1 15805036.1