FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts  2006 OCT 25  A 2: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.
04 12186-NG

**Devine vs Stop and Shop**

**Judge Nacey Gertner**

**Dear Judge ,**

**Please except this letter and please through away will that is submitted to the court.**

**If I am to pass on which I will not , if I am mentally unstable for any reason , please except this letter and if anything is to happepen to me which it shall not I feel that I can not give each and every person in my family money and if unstable for any reason or if upon death.**

**If a check is ever made out in my name there are no next of kin or beneficiary.**

**Although I give permission for any attorney to invest this check for me if unstable or upon death which I shall**

**not die. The money goes to next of kin on my 80 th birthday, DOB is 110380**

**Mediation will happen during a status conference and that for any reason I am unstable or upon death which I shall not die. No one else is entitled to mediate this for me. If there is no mediation during the status conference then I will bring this to trial. but If upon death which I shall not die . I would appreciate a  closed case.**