**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CHRISTOPHER DEVINE
       Plaintiff(s)

V.

STOP & SHOP COMPANIES, INC.
       Defendant(s)

CIVIL ACTION

NO. 04-CV-12186-NG

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   NANCY GERTNER

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On 12/1/2006 I held the following ADR proceeding:

|         |                       |         |                            |
|---------|-----------------------|---------|----------------------------|
| _____ | SCREENING CONFERENCE  | _____  | EARLY NEUTRAL EVALUATION   |
| __X___  | MEDIATION             | _____  | SUMMARY BENCH / JURY TRIAL |
| _____  | MINI-TRIAL            | _____  | SETTLEMENT CONFERENCE      |

All parties were represented by counsel [except Christopher Devine]

The parties were present in person or by authorized corporate officer [except Christopher Devine].

The case was:

[ ] Settled. Your clerk should enter a _____ day order of dismissal.

[ ] There was progress. A further conference will be scheduled for _____ unless the case is reported settled prior to that date.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. Plaintiff did not appear on 12/1/06.

[ ] Suggested strategy to facilitate settlement:

12/1/06                             /S/ Joyce London Alexander
DATE                                     ADR Provider

(ADR Report.wpd - 4/12/2000)                                                   [adrrpt.]