# EXHIBIT A

Seyfarth Shaw LLP

## MEDICAL RECORD CERTIFICATION

JUN 0 2 2006

"I hereby certify, pursuant to General Laws, Chapter 233, Section 79G, that I am the treating physician or an authorized representative and that the enclosed medical records are true and accurate to the best of my knowledge and belief."

Signed under the pains and penalties of perjury this _31st_ day of ___May___, 2006.

Keeper of Records for:
Community Care Service Counseling Center

_____
(Signature)

_Janis A. Beecher_
(Print Name)

Seyfarth Shaw LLP

## MEDICAL RECORD CERTIFICATION

JUN 0 2 2006

"I hereby certify, pursuant to General Laws, Chapter 233, Section 79G, that I am the treating physician or an authorized representative and that the enclosed medical records are true and accurate to the best of my knowledge and belief."

Signed under the pains and penalties of perjury this  31st  day of _May_, 2006.

Keeper of Records for:
Community Care Service Counseling Center

_Janis A. Beecher Medical Records_
(Signature)

JANIS A. BEECHER
(Print Name)

Seyfarth Shaw LLP

## MEDICAL RECORD CERTIFICATION

JUN 0 2 2006

"I hereby certify, pursuant to General Laws, Chapter 233, Section 79G, that I am the treating physician or an authorized representative and that the enclosed medical records are true and accurate to the best of my knowledge and belief."

Signed under the pains and penalties of perjury this 31st day of _May_, 2006.

Keeper of Records for:
Community Care Service Counseling Center

_____
(Signature)

_____
(Print Name)