# EXHIBIT C

FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

2006 OCT 25  A 2: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

04 12186-NG

**Devine vs Stop and Shop**

**Judge Nacey Gertner**

**Dear Judge ,**

**Please except this letter and please through away will that is submitted to the court.**

**If I am to pass on which I will not , if I am mentally unstable for any reason , please except this letter and if anything is to happepen to me which it shall not I feel that I can not give each and every person in my family money and if unstable for any reason or if upon death.**

**If a check is ever made out in my name there are no next of kin or beneficiary.**

**Although I give permission for any attorney to invest this check for me if unstable or upon death which I shall**

**not die. The money goes to next of kin on my 80 th birthday, DOB is 110380**

**Mediation will happen during a status conference and that for any reason I am unstable or upon death which I shall not die. No one else is entitled to mediate this for me. If there is no mediation during the status conference then I will bring this to trial. but If upon death which I shall not die . I would appreciate a closed case.**

*Norwood Hospital has copy off this paper in medical records*

Christopher M Devine
Born in Norwood Massachusetts
Norfolk county on 11/03/ 80
Investment conditions and Will
social security # 011700069
Written Sept 20, 2004

The express desire on my wishes

What is a condition on an investment account?
    A condition on an investment account is your business with assistance to place money in the account whether its property money invested after sale of real estate or any other investment that has certain restrictions, conditions to keep your money safe from harm.

Section one

My wishes

    If I receive any money from a lawsuit of a complaint at my young age of 23 I will drop social security and a condition will be on my investment accounts and will exist.

    The condition says that any money will be invested till my old age of 80 unless changed in a will at my age of 80. Any time before my old age of 80 if passed on if the investment bank dies or forecloses then the money dies or if account exists then the money will be transferred to another bank and are still existent at the age of 80 or reaches the age of 80 then the money goes to the next of kin and is distributed. If alive at the age of 80 or I reach my age of 80 then at that time a will is going to exist like I said before.

Section 2

    If I die with property involved then property will be probated and any proceeds from the sale of real estate will be deposited in the investment account and a layer or administrator will be assigned at court to deposit the proceeds into the condition investment account.

Section 3
    If I am with someone for awhile I do plan on sharing my wealth with someone, Hey! 70·89 It's only fair

Section 4

    My family has no rights to sue any one for anything if I pass on. Nana Devine had hard toilet paper not soft it was blue if I can recall.

    Notarized by me

*Christopher M Devine* (signature)

Protection against greed or inheritance (conditions and restrictions)

Education –
 Southeastern Regional Vocational Technical High school Major- Electronics- Academic diploma
 Massasoit Community College - Major - Human services / non degree.

*lawyer*