# EXHIBIT B

Seyfarth Shaw LLP

JUN 0 2 2006

## MEDICAL RECORD CERTIFICATION

"I hereby certify, pursuant to General Laws, Chapter 233, Section 79G, that I am the treating physician or an authorized representative and that the enclosed medical records are true and accurate to the best of my knowledge and belief."

Signed under the pains and penalties of perjury this 31st day of May, 2006.

Keeper of Records for:
Community Care Service Counseling Center

_Janis A. Beecher_ medical records
(Signature)

JANIS A. BEECHER
(Print Name)

**Community Care Services**

☐ Transfer  ☑ Discharge Summary  ☐ Brief S(    )

Devine, Christopher
DOB: 11/03/80
#05365926

Client _____
Date treatment began 3/13/03  5/1/03
Number of visits  ☑ 1-4  ☐ 5-10  ☐ 11-20  ☐ 20+
Date last seen 4/24/03

### Goals

1. To report mood & st ability
2. w absence of paranoid
3. _____
4. _____
5. _____

**Goal Achievement**

| | Deteriorated | No Change | Partially Met | Substantially Met |
|---|---|---|---|---|
| 1 | ☐ | ☑ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ |
| 5 | ☐ | ☐ | ☐ | ☐ |

Most effective treatment strategies/modalities ☑ Ind.  ☐ Group  ☐ Family  ☐ Couples  ☐ Psycho-ed.  ☐ Milieu
☐ Other _____
☐ Check if client is currently taking psychotropic medications

**Current Status**
Employment: ☑ Unemployed  ☐ Working part-time  ☐ Working full-time  ☐ Disabled  ☐ N/A/
Education: ☐ In school  ☑ Not in school  ☐ N/A
Legal: ☑ None  ☐ Yes (explain) _____
Sobriety: ☑ No use  ☐ Problem use  ☐ Unknown  ☐ N/A
Other relevant issues _____

**Current Diagnosis**
Axis I  Code 298.9  Name Psychotic Disorder, NOS
Axis II  Code _____  Name _____
Axis III  HIV +
Axis IV  School problems
Axis V  GAF at Intake 40  Current GAF 60

**Reason for Transfer/Discharge:** (Check all that apply)
☐ 1. Treatment goals substantially met and/or client's condition sufficiently stable to be maintained without outpatient care.
☐ 2. Client is no longer making progress toward treatment goals and there is no reasonable expectation of progress.
☑ 3. Client is no longer motivated or willing to comply with treatment plans, despite all efforts by therapist to reengage.
☐ 4. Client moved.
☐ 5. If exhaustion of benefits is a reason for termination, was extension of benefits requested?  ☐ Yes  ☐ No
    Was extension authorized?  ☐ Yes  ☐ No  Is client at risk for self-harm or of harming others?  ☐ Yes  ☐ No
☐ 6. Client can no longer be effectively treated with outpatient care and must be transferred to a more intensive level of care.
☐ 7. Other (specify) _____

Disposition, follow-up plans, referrals. To whom transferred or referred: _____

If client dropped out of treatment without notice, describe documented efforts to contact client to obtain participation in treatment and to provide appropriate follow-up plans.  ☐ Letter sent, copy in chart  ☐ Phone calls documented in chart
☐ Other _____
All other appropriate providers, internal and external, have been advised of Transfer or Discharge, including DMH if relevant. (specify): _____

_[signature]_  PhD                    6-19-03
Clinician Signature      Degree        Date