## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER M. DEVINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  04-12186-NG |
| | ) | |
| STOP AND SHOP COMPANIES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AFFIDAVIT OF DANIEL B. KLEIN IN SUPPORT OF DEFENDANT'S
### MOTION FOR TERMINATING SANCTIONS

I, Daniel B. Klein, being duly sworn, do hereby depose and say as follows:

1.  I am of legal age and believe in the obligation of an oath. I make the following Affidavit based on personal knowledge unless otherwise indicated.

2.  I am legal counsel for the Defendant, The Stop and Shop Supermarket Company LLC ("Defendant" or "Stop and Shop"), in the above-captioned action.

3.  Stop and Shop and Plaintiff Christopher M. Devine ("Plaintiff" or "Devine") requested that the Court schedule a mediation in this action. Accordingly, the Court ordered the parties to appear before Magistrate Judge Alexander on December 1, 2006 for the mediation.

4.  On November 30, 2006, Devine left me two voicemail messages. I personally listened to these messages and had an assistant transcribe them. I reviewed and revised the transcriptions for full accuracy. The actual voicemail messages have been saved on my firm's voicemail system.

5.   The first message from Devine was received at 3:04 P.M. on November 30, 2006.

The message originated from telephone number 508-236-8999.

6.   The following is a true and accurate transcription of the 3:04 P.M. voicemail

message:

Yes Dan Klein it's Chris Devine. Just letting you know that there
will be no mediation tomorrow. Just to let you know if you want to
go ahead and file your dispositive motion go right ahead, but I'm
not going to be there tomorrow. And I was thinking about going to
the press with this. I'm related to Jackie Coogan, Uncle Fester
from the Adam's family. If my family ever finds out about this,
you're in deep shit. This ain't a threat just to let you know. I am
really upset you're at fault, you should be at fault and you know
you're at fault, so admit fault.   So, just to let you know I will get a
hold of you some other time. I hope you get this friggen message.
I'm not too happy with you.

7.   The second message from Devine was received at 8:39 P.M. on November 30,

2006.  The message originated from telephone number 508-761-8500.

8.   The following is a true and accurate transcription of the 8:39 P.M. voicemail

message:

Yes Dan Klein it's Chris Devine giving you a call back.  Just
letting you know that if you want mediation I'd appreciate it if you
would redo the memorandum.  It is very important that you redo
that memorandum because I am not happy with it and there is
going to be no mediation unless you're at fault.  You're at fault in
this case.  So I suggest you go back to these people, go back
Fatima, go back to Diana, go back to Rob Slarve, go back to
whoever you need to go back to and what you are going to need to
do is you are going to need to know the truth.  Write it on paper
and that can be your memorandum and then you can come up with
a cost of what you are going to give me.  That is what I want.  That
is what I am going to get.  If you don't like it then it's going to
trial.  I will call channel 7 news, channel 5 news and I will get the
papers involved.  I'm related to Jackie Coogan.  Do you know who
that is?  He's Uncle Fester from the Adams Family.  I come from a
very important, important  family.  Right now I am at Arbour
Fuller hospital in Attleboro, South Attleboro.  So if you want to
call here and talk to me that's fine too.  I am not happy with you.
So I suggest that you do what you have to do and I will do what I

-2-

have to do. I am getting my money whether you like it or not.
Have a nice day. So file your dispositive motions, do what you
have to do. I'm not happy. Bye.

9.  The 8:39 P.M. voicemail references three key witnesses in the case, Fatima
Cabral, Diana Paris, and Robert Slarve.

10. I informed Magistrate Judge Alexander's clerk that Devine did not intend to
appear at the proceeding. Magistrate Judge Alexander directed Stop and Shop
and its counsel to appear notwithstanding.

11. Devine did not appear at the scheduled mediation on December 1, 2006.

12. My client and I appeared at the scheduled mediation on December 1, 2006.

13. Magistrate Judge Alexander conducted a session of Court despite Devine's failure
to attend.

14. Devine has a history of failing to appear for court proceedings in this matter.
Devine previously failed to appear at the initial Scheduling Conference in this
matter on December 15, 2005, which I attended.

Respectfully submitted,
THE STOP AND SHOP SUPERMARKET
COMPANY LLC
By its Attorney,

/s/ Daniel B. Klein
Daniel B. Klein
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

DATED: December 4, 2006

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 4th day of December, 2006, a true copy of the foregoing document was served by first-class mail upon the Plaintiff, Christopher M. Devine, 6 Morgan Road, Mansfield, MA 02048.

/s/ Daniel B. Klein
Daniel B. Klein

-4-

BOI 15815640.1