UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTOPHER DEVINE,** )<br>    **Plaintiff,** )<br>                                 )<br>    **v.** )<br>                                 )<br>**STOP AND SHOP COMPANIES, INC.,** )<br>    **Defendant.** ) | **C.A. No. 04-12186-NG** |

**GERTNER, D.J.:**

**TEMPORARY RESTRAINING ORDER**
**December 5, 2006**

The Court hereby temporarily **ENJOINS** and **RESTRAINS** plaintiff Christopher Devine from (1) harassing, harming, contacting, or communicating with, by any means, Stop and Shop employees Fatima Cabral, Diane Paris, or Robert Slarve; (2) coming within 100 yards of Stop and Shop employees Fatima Cabral, Diane Paris, or Robert Slarve; and (3) coming within 100 yards of Stop and Shop's counsel Daniel B. Klein.  This order will expire on December 14, 2006.  If defendant Stop and Shop Companies, Inc. intends to seek a preliminary injunction, it is directed to file its motion by December 7, 2006, so that the Court may have sufficient time to schedule a hearing, and the plaintiff to respond, if necessary, at the expiration of the temporary restraining order.

**SO ORDERED.**
**Dated: December 5, 2006**              **s/ NANCY GERTNER U.S.D.J.**