Dec 3, 2006

United States District Court
District of Massachussetts
04-12186-NG

Response to Defendants Mediation Position Memoranda
Honorable Joyce London Alexander

As far as confidentiality Stop and Shops management and Fatima Cabral did not keep anything confidential.

Claims

Stop & Shop claims

Store management according to Stop & Shop. Meanwhile, store management was holding the department accoutable for maintaining standards, Department staff (store management) did thier best to cover for devine, * who wanted to keep his (condition) (disibility) confedential

Devine claims

Devine did so requested an accommodation explicitly and implicitly a reasonable accommodation., If devine notified them of a condition or disibility an accommodation

had to follow if performance deteriorated.

- Stop and Shop claims
- Devine never notified any member of Stop and Shop management of his HIV positive status and purported need for an accommodation
- Devine claims
- Yes indeed Devine did inform management of his <u>condition</u> HIV positive status and <u>disability</u> and Stop & shop claims that it deteriorated, if so then once store management knew or should have known of conditions that rise to the level of a disability, it the defendants responcibility to commence in an interactive diologue with the plaintiff, once it was obvious then they where support to intiate a reasonable accommodation interactive process or meeting to clarify what the individual needs and indertifying. If so it deteriated then condition was obvious.
- Please Reschedule mediation meeting