United States District Court
District of Massachusetts

Dear Nancy Gertner,

FILED
CLERKS OFFICE
2006 DEC 13 A
U.S. DISTRICT COURT
DISTRICT OF MASS

Please except this letter in response to terminating sanctions and motion for preliminary injunction

As far as my arrests stop and shop had no right to lookup with out court approval to provide to this court Christopher Devine's criminal record information. All disorderly conduct reports got dismissed.

Mr. Devine in his deposition provided little info to stop and shop regarding his arrests.

Its against the law to provide information with out court approval to a court some ones criminal record or unless a cori is signed to provide the information. Mr. Devine signed no cori with stop and shop

Stop and shop has my social security number and did some things that they should have not have done with out a cori signed or court approval to support the restraining order.

I understand that stop and shop is trying to discredit me in the case because of my mental illness and is again discriminatory.

Mr. Devine volunteered his medical records to stop and shop but did not have to provide the information to them; Mr. Devine felt that if he did, he would be compensated for his damages in the case.

Now stop and shop is using these records for their benefit to discredit and destroy Mr. Devine's character.

The delays of the case are causing me to be up set.

Thank you for ordering a restraining order

*Christopher Devine* (signature)
Christopher Devine
December 12, 2006