United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2006 DEC 19 P 12: 14

04 12186-NG

Judge Nancy Gertner,

According to the affidavit of Daniel B Klein for the motion for termination sanctions

Mr. Devine did leave two rude messages on Mr. Klein's voice mail. He did not mention anything regarding Fatima Cabral or Robert Slarve or even Dianna Paris.

Mr. Devine is a homeless man as of one week before December 1, 2006, was hospitalized on December 1, 2006 for a suicidal attempt. Mr. Devine is more than happy to provide medical documentation for the court or a release of information can be signed. He was hospitalized at Aubour fuller hospital.

It's not Mr. Devine fault that he was hospitalized, even though Mr. Devine was rude, I would appreciate it if u would calculate these performances as apart of my emotion distress damages in the case. This court should not dismiss this case in its entirety.

Counter suit for dismissal is out of the question.

Restraining order

Ms Gertner, did not due a CORI CHECK ON Mr. Devine before granting a restraining order on him, from Denial B Klein, Fatima Cabral and Dianna Paris. Ms Gertner ultimately decided to grant the restraining order before looking at Mr Devine's past criminal history. If any.

Mr. Devine was not informed that the mediation was court ordered either.

The case is subjected for mediation or and opposition will be filed for dispositive motions.

Mr Devine was never in trouble with the law concerning and alcohol or drugs or any other purpose, if for anything else then so then they all got dismissed. I would review Mr. Devine's history in a CORI.

Thank you

Christopher Devine

Dec 8, 06

*Christopher Devine* (signature)