N 2/14/07

04 12196-NG

Dear Judge Dien,

I wrote a paper regarding mediation with another judge, Judge Alexander and this letter stated mediation will happen.

Although the intent to mediate changed and I understand that there is a Status Conference on March 7, 200_ to meet you first then discuss settlement or trial.

Please ignore the mediation part of the note and I stand on the rest of that note. Right that my family has no legal right to go after this claim

Thank you.

Christopher Dennis

2-11-07