rec'd 2/22/07

Dear Judge Dien

What are my intentions?

1) My intentions are to place money ~~[scribbled out]~~ into an investment account when ~~awarded~~

2) I plan on having ~~a~~ trust set up for my benefit.

3) I plan on wiring electronically the money from the defendants account to my (trust)

---

~~I~~ ~~[scribbled out]~~ No one is allowed to dispute the claim in court if something was to happen to me.

In one's mind, like my own, no family member can dispute the claim because of my past mental medical records expressed to the court.

Thank you

Christopher Devine

Devine vs Stop & Shop  04 12186-NG

Protecting my claim and my interest

