UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER DEVINE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-12186-JGD |
| | ) | |
| STOP AND SHOP COMPANIES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SETTING CASE FOR TRIAL

March 7, 2007

DEIN, U.S.M.J.

    It is ORDERED that a non-jury trial in above-captioned case shall commence on Monday **April 9, 2007** at 10:00 AM in Courtroom #15 on the 5th floor.  The parties shall be prepared to proceed with opening statements and the presentation of evidence at that time.  The case shall be tried from 10:00 A.M. to 4:00 P.M. on April 9 and 13, 2007.  Additional dates shall be established if necessary.  It is further ORDERED as follows:

    1.    Each party shall prepare and file with the court by no later than **April 2, 2007**, a Pretrial Memorandum that sets forth the following information:

        (a)    A brief description of the facts concerning both liability and damages that the party intends to prove at trial;

        (b)    The identification of any disputed issues of law, together with supporting authority for the party's position on any such issues;

        (c)    The names, addresses and telephone numbers of all witnesses that the party intends to call to testify at trial;

      (d)     A list of all exhibits that the party intends to introduce at trial; and

      (e)     Any additional matters to aid in the disposition of the action.

2.     The parties shall separately prepare and file no later than **April 2, 2007** any motions in limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested.

                                               / s / Judith Gail Dein
                                               Judith Gail Dein
                                               United States Magistrate Judge