United States District Court **FILED**
District of Massachusetts **IN CLERKS OFFICE**

2007 MAR 29 A 11: 32

Christopher Devine
Vs.
Stop and shop companies Inc

civil action
No.04 2123861JGDT COURT
DISTRICT OF MASS.

**Pretrial Memo**                    Summary of the evidence

Christopher Devine plaintiff vs. the Stop and Shop Companies Inc The plaintiff intends to prove at trial that the defendant intentionally inflicted both physical and emotional damages upon the plaintiff.

The reasons for liability are as follows

A) Failure to accommodate when the accommodation was asked for.
B) Failure to initiate interactive dialogue with the plaintiff.
C) Failure to assist the plaintiff that would lighten his duties in a way that the assistance would not fail.
D) Disciplined the plaintiff instead of accommodating. Exhibit 17
E) During Mr. Devine's employment management wanted Mr. Devine to go away because of his HIV positive status, and instead they wanted him to quit and failure to accommodate him and stresses him out to the fact that he could no longer work for the company.
F) Another fact is that the company did not want him to receive opportunity benefits like health and welfare and 401k plan and pension his opportunities where limited.
G) The company also tried to discredit the case and the plaintiff would like to be awarded such damages.
H) Mr. Devine informed more than one commander and the company chose to ignore him when his job performance started to deteriorate.
I) Also what the company is liable for is that Mr. Devine was sick on the job for along while that he had no other chose but to resign.
J) The company is also trying to discredit me again for discriminating against me for having a mental illness that of having past criminal history of disorderly conduct which all got dismissed. Stop and shop have mental records of me that was indicated in his deposition of past hospitalizations. Few hospitals misdiagnosed him. Not going to mention what hospitals.
K) Mr. Devine gave a psyche evaluation from a doctor to determine his social security disability payments and the doctor only diagnosed him with depression and nothing else.
L) These other hospitalizations are caused from the MCAD writing lack of probable cause and for the past seven years Mr. Devine has suffered. From 2001 to 2007
M) Liable also for humiliation and embarrassment

To give you a better look at the case look at the initial discloser that states that they knew Mr. Devine's disability. They had authority to accommodate when they did not.

Also look at the rebuttal from the MCAD that expresses the fact of not accommodating.

Damages

Mr. Devine would like to be compensated for emotional distress, mental anguish pain and suffering and lost gross income as well as his punitive damages, declaratory and injunctive relief and attorneys fees and costs.

(option)

Mr. Devine's does not know how to calculate these damages but did set a demand of $300,000,000.

Pro , sa

Witnesses to be called or subpoenaed to the court.

Alan Bruno

245 Mayfield avenue Cranston RI 02920

Phone 401 632 4994

Christopher M. Devine                                    04/26/200

3

```
 1                    I N D E X
 2      CHRISTOPHER M. DEVINE
 3      BY MR. KLEIN                5
 4
 5
 6
 7                   E X H I B I T S
```

```
 8      Exhibit 1, submission to court.............. 31
 9      Exhibit 2, Defendant's First Set of
10      Interrogatories............................. 73
11      Exhibit 3, Answer to Interrogatories....... 74
12      Exhibit 4, Defendant's First Request for the
13      Production of Documents..................... 74
14      Exhibit 5, Employee Schedule Report for
15      2000 for BAKE-OFF.......................... 91
16      Exhibit 6, Stop & Shop Employment Application
17      dated 2/2/00............................... 99
18      Exhibit 7, Stop & Shop Employment Application
19      dated 2/2/00.............................. 103
20      Exhibit 8, Polices and Procedures
21      Acknowledgement Form...................... 108
22      Exhibit 9, Anti-Harassment Policy......... 108
23      Exhibit 10, Stop & Shop Equal Employment
24      Opportunity Policy........................ 108
```

EXHIBITS

Exhibit 11, Stop & Shop Report of Ottone

Exhibit 12, Stop & Shop [illegible] of Hughes
Dated 4/11/05 .................................. 142

Exhibit 13, Doctor's note from Mansfield Health
Center .................................. [illegible]

Original exhibits retained during the deposition
retained by Attorney Klein.

4

```
 1                E X H I B I T S

 2   Exhibit 11, Stop & Shop Report of Change

 3   dated 3/4/00.............................. 116

 4   Exhibit 12, Stop & Shop Report of Change

 5   dated 4/6/00.............................. 120

 6   Exhibit 13, Stop & Shop Report of Change

 7   dated 4/8/00.............................. 122

 8   Exhibit 14, Stop & Shop Report of Change

 9   dated 4/16/00............................. 136

10   Exhibit 15, Stop & Shop Report of Change

11   dated 4/12/00............................. 149

12   Exhibit 16, doctor's note from Mansfield Health

13   Center.................................... 168

14   Exhibit 17, Stop & Shop Report of Change

15   dated 11/8/00............................. 229

16   Exhibit 18, Stop & Shop Report of Change

17   dated 11/9/00............................. 235

18   Exhibit 19, Stop & Shop Report of Change

19   dated 11/14/00............................ 251

20   Exhibit 20, Weekly Timecard for BAKE-OFF.... 25

21

22

23   *Original exhibits marked during the deposition

24   retained by Attorney Klein.
```

Page 261

```
 1                      I N D E X

 2   EXAMINATION OF:                              PAGE

 3   CHRISTOPHER M. DEVINE

 4

 5     Direct Examination by Mr. Klein            262

 6

 7

 8

 9                    E X H I B I T S

10   No.                                          Page

11
```

```
12   21       Pan-Out Sheet                       284

13   22       Termination Report                  290

14   23       Complaint filed in Federal Court    351

15   24       Document Submitted to Court         444

16   25       Dismissal and Notification of Rights 452

17   26       Complaint filed in Federal Court    453

18   27       Response to Dismissal from MCAD     455

19   28       Documents Submitted to Court        456

20   29       Documents Submitted to Court        456

21   30       Dismissal and Notification of Rights 458

22   31       Complaint filed in State Court      459
```

```
23

24   *Original exhibits retained by Mr. Klein.
```