Motion in limine

Plaintiff has filed suit against stop and shop companies on the basis of no accommodation towards his manager in the bakery department. Although defendant raises issue that manager is a lead clerk and that she should not be responsible for accommodating plaintiff.

Excluding the evidence on Fatima Cabral raising issues that she took the plaintiff to the store fed him and assisted him with located shelter for the evening. What we do agree on.

Things that we agree on are the facts that MR. Devine came in late due to having diarrhea and that he came from school.