UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. DEVINE )<br>    Plaintiff )<br>)<br>v. )<br>)<br>STOP AND SHOP COMPANIES, )<br>    Defendant )<br>) | C. A. No. 04-12186-JGD |

**SUPPLEMENT TO DEFENDANT'S PRE-TRIAL MEMORANDUM**

Pursuant to the Court's Order, dated March 7, 2007, the Defendant, The Stop & Shop Supermarket Company LLC ("Stop & Shop," "Defendant" or the "Company"), respectfully submits this Supplement to its Pre-Trial Memorandum of April 2, 2007 in the above-referenced action to identify one additional exhibit (Exhibit 11).

**III.    EXHIBITS LIST[1]**

Stop & Shop identifies the following as an exhibit for use at trial, in addition to those already identified in its Pre-Trial Memorandum.

    11.    Collective Bargaining Agreement between Stop & Shop and UFCW Local Unions 328 & 1445, dated Jan. 1, 1997 - Feb. 10, 2001.

    Respectfully submitted,

    DEFENDANT,
    THE STOP & SHOP SUPERMARKET
    COMPANY LLC,

    By its attorneys,

    /s/
    Daniel B. Klein
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210
Dated: April 5, 2007    617-946-4800

---

[1] Defendant reserves the right to introduce exhibits in rebuttal to the evidence submitted by Plaintiff during the course of the trial. This list also does not include exhibits potentially used for impeachment purposes.

## CERTIFICATE OF SERVICE

    I, Daniel B. Klein, hereby certify that on this 5th day of April, 2007, a true copy of the foregoing document was served by overnight delivery to the Plaintiff, Christopher M. Devine, 6 Morgan Road, Mansfield, MA 02048.

                                                                                  /s/_____
                                                                                 Daniel B. Klein

BO1 15839643.1