UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER M. DEVINE | ) | |
|     Plaintiff | ) | C. A. No. 04-12186-JGD |
| | ) | |
| v. | ) | |
| | ) | |
| STOP AND SHOP COMPANIES, | ) | |
|     Defendant | ) | |
| | ) | |

**SECOND SUPPLEMENT TO DEFENDANT'S PRE-TRIAL MEMORANDUM**

Pursuant to the Court's Order, dated March 7, 2007, the Defendant, The Stop & Shop Supermarket Company LLC ("Stop & Shop," "Defendant" or the "Company"), respectfully submits this Second Supplement to its Pre-Trial Memorandum of April 2, 2007 in the above-referenced action to identify two additional exhibits (Exhibits 12 and 13).

**III.   EXHIBITS LIST**[1]

Stop & Shop identifies the following as exhibits for use at trial, in addition to those already identified in its Pre-Trial Memorandum.

12.   Letter from Edward V. Lally, M.D. of the University Medical Group regarding Michelle Zainyeh dated September 21, 1998; and

13.   Letter from Edward V. Lally, M.D. of the University Medical Group regarding Michelle Zainyeh dated October 27, 2000.

---

[1] Defendant reserves the right to introduce exhibits in rebuttal to the evidence submitted by Plaintiff during the course of the trial. This list also does not include exhibits potentially used for impeachment purposes.

        Respectfully submitted,

        DEFENDANT,
        THE STOP & SHOP SUPERMARKET
        COMPANY LLC,

        By its attorneys,

        __/s/_____
        Daniel B. Klein
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210
Dated: April 5, 2007        617-946-4800

## CERTIFICATE OF SERVICE

    I, Daniel B. Klein, hereby certify that on this 5th day of April, 2007, a true copy of the foregoing document was served by overnight delivery to the Plaintiff, Christopher M. Devine, 6 Morgan Road, Mansfield, MA 02048.

        ___/s/_____
        Daniel B. Klein

BO1 15839808.1