UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. DEVINE )<br>      Plaintiff               )<br>                                )<br>v.                                   )<br>                                )<br>STOP AND SHOP COMPANIES, )<br>      Defendant            )<br>                                ) | C. A. No. 04-12186-JGD |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of the Defendant, Stop and Shop Companies, in connection with the above-captioned matter. My appearance is in addition to that of Daniel B. Klein.

                                                        /s/ Catherine V. Meek
                                                        Catherine V. Meek (BBO No. 667848)
                                                        SEYFARTH SHAW LLP
                                                        World Trade Center East
                                                        Two Seaport Lane, Suite 300
                                                        Boston, MA 02210
Dated: April 6, 2007                      617-946-4800

**CERTIFICATE OF SERVICE**

I, Catherine V. Meek, hereby certify that on this 6th day of April, 2007, a true copy of the foregoing document was served by U.S. Fist-Class mail, postage prepaid to the Plaintiff, Christopher M. Devine, 6 Morgan Road, Mansfield, MA 02048.

                                                          /s/ Catherine V. Meek
                                                          Catherine V. Meek