UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER M. DEVINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 04-12186-JGD |
| v. ) | |
| ) | |
| STOP AND SHOP COMPANIES, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS

Pursuant to Fed.R.Civ.P. 52(c), the Defendant, The Stop and Shop Supermarket Company LLC ("Defendant" or "Stop and Shop"), respectfully moves this Court to enter judgment as a matter of law against Plaintiff Christopher M. Devine ("Plaintiff" or "Devine") on his claim in this action. Plaintiff fails to establish the requisite elements of his claim for failure to accommodate a disability, purportedly resulting in his constructive discharge, under the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. § 12101 *et seq.*

In support of the instant motion, Defendant respectfully refers the Court to its accompanying Memorandum of Law in Support hereof.

WHEREFORE, Stop and Shop respectfully requests that the Court grant its Motion for Judgment on Partial Findings and enter judgment as a matter of law against Plaintiff on his claim.

Respectfully submitted,

DEFENDANT
THE STOP AND SHOP SUPERMARKET
COMPANY LLC
By its Attorneys,

_____
Daniel B. Klein
Catherine V. Meek
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

DATED: April 9, 2007

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 9th day of April, 2007, a true copy of the foregoing document was served in hand upon the Plaintiff, Christopher M. Devine, 6 Morgan Road, Mansfield, MA 02048.

_____
Daniel B. Klein