United States District Court
District of Massachusetts
1 Courthouse Way
Boston mass 02210

04 – 12186- JGD

Dear Judge Dein

Just wondering what's going on with the case, don't mean to rush you its been over 90 days and I have not heard anything.

Also I give all claims to Jonathan Mason Devine my nephew if I pass on and if I am not around anymore. I'm not going anywhere, but just in case if my case succeeds that's what I would like to happen. For a trust fund to be set up for him and that he receives all funds on his 25th Birthday, which is my wish that is what I want.


Thank you

Christopher Michael Devine

*(signed) Christopher M Devine*

[illegible]