Christopher Devine
vs
Stop and Shop Inc

District of Massachusetts

FILED
IN CLERKS OFFICE
2007 OCT 31 A 9:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

04 12186-JGD

FILED
IN CLERKS OFFICE
2007 OCT 31 A 9:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Notice of Appeal

I Christopher Devine appeals this case for the reasons that judge Dien did not follow the law and did not use all evidence in the trial transcript. As well as not using my post Brief in her ~~complaint~~ Findings of fact therefore I appeal.

Christopher M Devine   oct 31, 07