UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12186

Christopher Devine

v.

Stop and Shop Companies

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-60

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/8/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 13, 2007.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 11/27/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2705

- 3/06