# United States Court of Appeals
## For the First Circuit

No. 07-2705
DC No. 04-12186

CHRISTOPHER M. DEVINE
Plaintiff - Appellant

v.

STOP AND SHOP COMPANIES, INC.
Defendant - Appellee

**ORDER OF COURT**

Entered: November 29, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appellant's Form 4, Financial Affidavit, is transmitted to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Chief Deputy Clerk

[certified copy: Honorable Judith G. Dein, Sarah A. Thornton, Clerk]
[cc: Christopher M. Devine, Daniel B. Klein, Esq.]