# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 07-2705

USDC Docket Number: 04-cv-12186

Christopher M. Devine

v.

Stop and Shop Companies, Inc.,

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: electronic order re: Plaintiff's Motion for Leave to Appeal in forma pauperis

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 4, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette James
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/4/07.

/s/ D. Barchard
Deputy Clerk, US Court of Appeals

- 3/06