MANDATE

04-12186
USDC/MA
Dein, J

# United States Court of Appeals
## For the First Circuit

No. 07-2705

CHRISTOPHER M. DEVINE,

Plaintiff, Appellant,

v.

STOP AND SHOP COMPANIES, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: March 12, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
    Appeals Attorney.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 3/12/08

[cc: Christopher M. Devine, Daniel B. Klein, Esq.]