United States District Court

1 Court House way Boston ma

02210

FILED
IN CLERKS OFFICE
2025 JUL 21 PM 12: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Christopher Michael Devine

Vs

Stop and shop Inc                                        Docket 04-12186

First argument: summons on a receipt of process stating the civil rules of civil procedure on a US District Jurisdiction- judge Nancy Gertner

Second Argument: on a magistrates jurisdiction Judith Dein's order on Oct 12 2007 is illegal denying lawsuits motions filings etc., because the order is not under the US districts jurisdiction on the civil rules of procedure.

Third : Argument

RULES FOR United states magistrates judges

United states district court

FOR THE DIRTRICT OF MASSACHSUETTS

EEFECTIVE JANAURY 8 2002 INCLUDING

AMENDMENTS THROUGH SEPT 1 2022

RULES 8 CIIVL CASES- AND RULES 9 IMIDIATE REVIEW

FOR CASE TO PROSEED

Summitted by

Christopher m Devine

Pro se Nov 29 2024 — July 12, 2025

X-_Christopher M Devine_